UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DISTRICT (BOSTON)

NO.: 15-11323-LTS

| | |
|---|---|
| PHILIP G. HADDAD JR., | ) |
| Plaintiff, | ) |
| v. | ) |
| CHARLES D. BAKER, TIMOTHY P. ALBEN, JAMES JONES, SEAN NEWMAN, MARK R. KMETZ, CHRISTOPHER N. CARROLL, PETER C. NORDBLOM, SANTIAGO GALAZ, THOMAS R. FAGAN, and MARTINE FLORESTAL | ) |
| Defendants. | ) |

## SANTIAGO GALAZ, THOMAS R. FAGAN, AND MARTINE FLORESTAL'S MOTION TO DISMISS

Defendants Santiago Galaz, Thomas Fagan, and Martine Florestal request pursuant to Fed. R. Civ. P. Rule 12(b)(6) that the Court dismiss the Complaint against them because it fails to state a claim upon which relief can be granted. On April 12, 2012, Philip Haddad entered a privately owned building in violation of an order that he refrain from doing so. A privately employed security officer with Securitas Security Services alerted the Massachusetts State Police to Haddad's presence. The State Police thereafter escorted Haddad from the building without incident.

Haddad alleges that the Defendants – the Chief Executive Officer, Northeast Regional Manager, and an employee of Securitas Security Services - violated his constitutional civil right to inspect and to add documents to files maintained by executive branch divisions of the Commonwealth. No such constitutional right has been recognized. Consequently, Haddad's

Complaint fails to state a claim upon which relief may be granted and should be dismissed pursuant to Fed. R. Civ. P. Rule 12(b)(6).

Additionally, Haddad failed to effectuate proper service of process on Galaz, Fagan and Florestal and the Complaint against all three should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5).

WHEREFORE Defendants Santiago Galaz, Thomas Fagan, and Martine Florestal request that this Court dismiss the Complaint against them and for such other and further relief this Court deems appropriate.

SANTIAGO GALAZ, THOMAS R. FAGAN, and MARTINE FLORESTAL,
By their attorneys,

/s/ David R. Kerrigan
David R. Kerrigan, Esq., BBO# 550843
drkerrigan@KandSlegal.com
Kenney & Sams, P.C.
225 Turnpike Road
Southborough, MA 01772
Dated: May 1, 2015
(508) 490-8500

### Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies have been mailed first class, postage prepaid, to those indicated as non-registered participants on May 1, 2015, at the below address:

Philip G. Haddad, Jr., Pro Se
9 Kenwood Avenue
Worcester, MA 01605

/s/ David R. Kerrigan